United States District Court
Southern District of Texas
**ENTERED**
August 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISSAM HUSSEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-4466 |
| | § | |
| NATIONAL CREDIT SYSTEMS, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Plaintiff's Motion to Voluntarily Dismiss with Prejudice, this action is **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this th day of August, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE